```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 08/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRISTIAN SANCHEZ, *on behalf of himself and all others similarly situated*,

          Plaintiffs,

v.

LULL VENTURES, LLC,

          Defendant.

21-CV-4044 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On August 17, 2021, the parties requested that the Court approve and retain jurisdiction over a proposed consent decree. *See* Dkt. 9. The proposed consent decree incorporates by reference a settlement agreement whose terms have not been made public. *Id.* ¶ 15. Although the parties offer to submit that agreement for *in camera* review, as noted in this Court's individual rules, the Court "will not retain jurisdiction to enforce confidential settlement agreements." *See* Individual Rules 5(B). Accordingly, if the parties wish that the Court retain jurisdiction to enforce a consent decree incorporating the terms of the settlement agreement, they must place those terms on the public record. *Id.* Any revised consent decree must be submitted within two weeks of the date of this order.

SO ORDERED.

Dated:    August 19, 2021
           New York, New York

                                              Ronnie Abrams
                                              United States District Judge